## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil Action No.   5:25-cv-790 (GTS/TWD) |
| ) | |
| Plaintiff, ) | |
| v.       ) | |
| ) | |
| 109,038.167 units of AERO ) | **FINAL ORDER OF FORFEITURE** |
| cryptocurrency, with an approximate ) | |
| value of $143,182.38, ) | |
| Defendant. | |

    Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

    ORDERED that Judgment of Default be entered against the Defendant Cryptocurrency, and it is further

    ORDERED that the Defendant Cryptocurrency is hereby forfeited to the United States, and it is further

    ORDERED that any claims to the Defendant Cryptocurrency is hereby forever barred.

    IT IS SO ORDERED.

Date:  12/9/2025

Glenn T. Suddaby
U.S. District Judge